UNITED STATES of America,
Plaintiff–Appellee,

v.

Wilfredo Gonzalez LORA,
Defendant–Appellant.

No. 03–6448.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 4, 2003.

Wilfredo Gonzalez Lora, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying his motions for a copy of a government witness' presentence report, for reconsideration, and for recusal of the district court judge. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Lora*, No. CR–98–358–A (E.D. Va. Oct. 2, 2002; Feb. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*